UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

    Plaintiff,
v.                                        Case No. 3:14cv527/MCR/CJK

JOHN SPROUSE;

    Defendant.
_____/

ORDER and
REPORT AND RECOMMENDATION

On October 10, 2014, the undersigned entered an order denying defendant's *in forma pauperis* motion and allowing defendant thirty days in which to submit the filing fee for the removal of this action. *See* doc. 5. The undersigned advised defendant that, in the event he failed to pay the filing fee within the time allowed, the undersigned could recommend that the matter be dismissed for failure to comply with an order of the court and/or failure to prosecute. After more than thirty days passed and defendant failed to submit the filing fee, the undersigned entered a order directing defendant to show cause within fourteen days why the matter should not be dismissed for failure to comply with an order of the court and/or failure to prosecute, or remanded to state court. After fourteen days passed and defendant failed to respond, the undersigned entered a Report and Recommendation (doc. 10), recommending that

the matter be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.  That Report and Recommendation (doc. 10) was erroneously entered.  The undersigned intended to recommend that the matter be remanded to the state court from which it was a removed as a result of defendant's failure to comply with an order of the court and/or failure to prosecute.

Accordingly, it is hereby ORDERED:

1.  That the Report and Recommendation entered on December 5, 2014 (doc. 10) be VACATED.

And it is respectfully RECOMMENDED:

1. That this case be remanded to the state court from which it was removed as a result of defendant's failure to prosecute and failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 13th day of January, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).